UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **EPL OIL & GAS, LLC,**  *Plaintiff*,  vs.  **TRIMONT ENERGY (NOW), LLC; WHITNEY OIL & GAS, LLC**  *Defendants*. | **CIVIL ACTION NO.: 6:22-CV-208** |

## ORDER

Considering the *Motion to Remand* (R. doc. 7) filed by Plaintiff EPL Oil & Gas, LLC, the parties' briefing, and the applicable law,

IT IS HEREBY ORDERED that the Motion to Remand be and hereby is GRANTED, and the above-captioned action is remanded to the 173rd Judicial District, Henderson County, State of Texas.