# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| EPL OIL & GAS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 6:22-CV-208-JDK |
| TRIMONT ENERGY (NOW), LLC and WHITNEY OIL AND GAS, LLC, | § § § § | |
| Defendants. | § § | |

## ORDER DENYING MOTION TO REMAND

Before the Court is Plaintiff EPL Oil and Gas, LLC's Motion to Remand (Docket No. 7) this action to state court. Because the Court has subject-matter jurisdiction over this action under the broad jurisdictional grant of the Outer Continental Shelf Lands Act, the motion is **DENIED**.

So **ORDERED** and **SIGNED**